| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter **11** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **EQUITY INDEXED MANAGED FUND, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **37-1653311**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23046 Avenida de la Carlota** **Suite 150** **Laguna Hills, CA 92653** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)     _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **EQUITY INDEXED MANAGED FUND, LLC**          Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **EQUITY INDEXED MANAGED FUND, LLC** _____  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **EQUITY INDEXED MANAGED FUND, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 18, 2017**
MM / DD / YYYY

X **/s/ Howard Grobstein**                                **Howard Grobstein**
Signature of authorized representative of debtor            Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Lei Lei Wang Ekvall**                              Date **May 18, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**       Email address  **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **EQUITY INDEXED MANAGED FUND, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – Total claim, if partially secured | Amount of claim – Deduction for value of collateral or setoff | Amount of claim – Unsecured claim |
|---|---|---|---|---|---|---|
| Equity Trust Company Custodian FBO The Ivar Trust 209 S. Stephanie St. B 124 Henderson, NV 89012 | | Membership Equity Holder | | | | $381,660.99 |
| Equity Trust Company Custodian FBO Kenneth McFall IRA 8487 E. Frostwood St Anaheim, CA 92808 | | Membership Equity Holder | | | | $123,868.44 |
| Equity Trust Company Custodian FBO Laurel J. Enloe IRA 302 E. Cypress Anaheim, CA 92805 | | Membership Equity Holder | | | | $86,892.29 |
| Equity Trust Company FBO Robert W. Caprow, IRA 962 Hihimanu Street Kihei, HI 96753 | | Membership Equity Holder | | | | $83,217.88 |
| ETC FBO Cannon Gasket Inc. Pension PSP FBO Billy P. Cannon 7784 Edison Ave Fontana, CA 92336 | | Membership Equity Holder | | | | $1,044,349.93 |
| ETC FBO Dennis Vaccaro IRA 2409 Camino Oleada San Clemente, CA 92673 | | Membership Equity Holder | | | | $95,184.55 |

| Debtor | **EQUITY INDEXED MANAGED FUND, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ETC FBO Elaine Garland**<br>**419 Main Street #33**<br>**Huntington Beach, CA 92648** | | **Membership Equity Holder** | | | | **$138,769.21** |
| **ETC FBO Fields Family Living Trust**<br>**28792 Mira Vista**<br>**Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$108,578.45** |
| **ETC FBO Gloria Maxine**<br>**Eggers Trustee, GME Trust**<br>**28832 Drakes Bay**<br>**Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$141,460.45** |
| **ETC FBO Justin and Kristina Davis**<br>**22483 Mission Hills Lane**<br>**Yorba Linda, CA 92887** | | **Membership Equity Holder** | | | | **$158,993.87** |
| **ETC FBO Kenneth Terpening IRA**<br>**8516 Dreyfus Drive**<br>**Peoria, AZ 85381** | | **Membership Equity Holder** | | | | **$229,986.95** |
| **ETC FBO Marilou Heckman IRA**<br>**33555 Halyard Dr**<br>**Dana Point, CA 92629** | | **Membership Equity Holder** | | | | **$327,336.91** |
| **ETC FBO Morefield Family Trust**<br>**27521 Manor Hill Road**<br>**Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$256,760.34** |
| **ETC FBO Penny Stewart IRA**<br>**14455 Preston Rd., Apt. 128**<br>**Dallas, TX 75254** | | **Membership Equity Holder** | | | | **$198,709.51** |
| **ETC FBO Ritchie Wright IRA**<br>**9542 Scotstoun Drive**<br>**Huntington Beach, CA 92646** | | **Membership Equity Holder** | | | | **$160,266.04** |

Debtor **EQUITY INDEXED MANAGED FUND, LLC**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ETC FBO Tonya Pinkowski IRA** 2124 Colina Del Arco Iris San Clemente, CA 92673 | | **Membership Equity Holder** | | | | **$116,717.03** |
| **ETC FBO Vaccaro Family Trust** 2409 Camino Oleada San Clemente, CA 92673 | | **Membership Equity Holder** | | | | **$218,520.45** |
| **ETC FBO Val Dodd IRA** 2848 Saint Dizier Henderson, NV 89044 | | **Membership Equity Holder** | | | | **$159,642.58** |
| **ETC FBO William and Carolyn Huntenburg** 61 Bolton Street #202 Cambridge, MA 02140 | | **Membership Equity Holder** | | | | **$127,360.25** |
| **Steve Williams Holding** 430 Narcissus Avenue Corona Del Mar, CA 92625 | | **Promissory Note** | | | | **$325,000.00** |

```
EQUITY INDEXED MANAGED FUND, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Equity Trust Co FBO
Brian Allen, IRA
24 Wooded River Drive
Garden Valley, ID 83622


Equity Trust Company Custodian FBO
The Ivar Trust
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian FBO
Kenneth McFall IRA
8487 E. Frostwood St
Anaheim, CA 92808


Equity Trust Company Custodian FBO
Laurel J. Enloe IRA
302 E. Cypress
Anaheim, CA 92805


Equity Trust Company Custodian FBO
Gloria Maxine Eggers and Paul Donnelly T
28832 Drakes Bay
Laguna Niguel, CA 92677


Equity Trust Company FBO
Joseph M. Gerosa, IRA
22131 Jonesport Lane
Huntington Beach, CA 44145
```

Equity Trust Company FBO
Yolanda Caprow, IRA
962 Hihimanu Street
Kihei, HI 96753


Equity Trust Company FBO
Robert W. Caprow, IRA
962 Hihimanu Street
Kihei, HI 96753


Equity Trust Company FBO
John E. Tilley, IRA
14 Poddy Hills Road
Laguna Niguel, CA 92677


Equity Trust Company, Custodian FBO:
Richard Fazendin IRA
PO Box 451249
Cleveland, OH 44145


ETC FBO Angie B. Rust IRA
493 South Grand Street
Orange, CA 92866


ETC FBO Cannon Gasket Inc. Pension
PSP FBO Billy P. Cannon
7784 Edison Ave
Fontana, CA 92336


ETC FBO Cindy Fazendin SEPIRA
23692 Calle Hogar
Mission Viejo, CA 92691


ETC FBO Daniel Winkelpleck IRA
6878 Etiwanda Avenue
Etiwanda, CA 91739

ETC FBO Dennis Vaccaro IRA  
2409 Camino Oleada  
San Clemente, CA 92673  

ETC FBO Elaine Garland  
419 Main Street #33  
Huntington Beach, CA 92648  

ETC FBO Ferguson Family Trust  
9 Stolen Will Court  
Stafford, VA 22554  

ETC FBO Fields Family Living Trust  
28792 Mira Vista  
Laguna Niguel, CA 92677  

ETC FBO Gloria Maxine  
Eggers Trustee, GME Trust  
28832 Drakes Bay  
Laguna Niguel, CA 92677  

ETC FBO Gloria Maxine Eggers IRA  
28832 Drakes Bay  
Laguna Niguel, CA 92677  

ETC FBO John Mack IRA  
1838 Victoria Avenue  
Los Angeles, CA 90019  

ETC FBO Justin and Kristina Davis  
22483 Mission Hills Lane  
Yorba Linda, CA 92887

ETC FBO Kenneth Terpening IRA
8516 Dreyfus Drive
Peoria, AZ 85381


ETC FBO Marilou Heckman IRA
33555 Halyard Dr
Dana Point, CA 92629


ETC FBO Michael Wisnev IRA
3208 Bonnie Hill Drive
Los Angeles, CA 90068


ETC FBO Morefield Family Trust
27521 Manor Hill Road
Laguna Niguel, CA 92677


ETC FBO Paul Kirch IRA
35 Malibu
Laguna Niguel, CA 92677


ETC FBO Penny Stewart IRA
14455 Preston Rd., Apt. 128
Dallas, TX 75254


ETC FBO Ritchie Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Robert E. Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677

ETC FBO The Revocable Hanson Inter Vivos
16401 Normandy Lane
Huntington Beach, CA 92647


ETC FBO Thomas & Dori Lewis
33681 Scottys Cove Drive
Dana Point, CA 92629


ETC FBO Thomas Pinkowski
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Tonya Pinkowski IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Vaccaro Family Trust
2409 Camino Oleada
San Clemente, CA 92673


ETC FBO Val Dodd IRA
2848 Saint Dizier
Henderson, NV 89044


ETC FBO William and Carolyn Huntenburg
61 Bolton Street #202
Cambridge, MA 02140


Linda Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649

```
Paul & Linda Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Paul Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Steve Williams Holding
430 Narcissus Avenue
Corona Del Mar, CA 92625


WJA Asset Management, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653
```